

ORIGINAL

FILED

05/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0281

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0281

SADDLEBROOK INVESTMENTS, LLC,
as Assignee of STUART M. SIMONSEN,

Plaintiff and Appellee,

v.

KROHNE FUND. L.P., SEAN WRIGHT,

Defendants,

ANTHONY BIRBILIS,

Defendant and Appellant.

FILED

MAY 3 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This matter comes before the Court on Defendant and Appellant Anthony Birbilis's notice of appeal from the Thirteenth Judicial District Court, Cause No. DV 15-0391. Birbilis asserts that this appeal is taken from an order certified as final by the District Court pursuant to M. R. Civ. P. 54(b).

Under Rule 54(b)(1), when an action presents more than one claim for relief or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. In the present case, the District Court has not certified any orders under Rule 54(b), but our review of the record indicates that such certification is unnecessary. Birbilis appealed after the District Court made dispositive rulings on all matters and entered final judgment. This matter is appealable pursuant to M. R. App. P. 6(1).

IT IS THEREFORE ORDERED that this appeal may proceed.

The Clerk is directed to provide copies of this Order to all parties and counsel of record.

DATED this 30th day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices